IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| vs. | * | Case No. RWT 15-0205 |
| JEFFREY SEAN NAZARI | * | |

******

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Reginald Bours, III_, and the Government was represented by Assistant United States Attorney _Nicholas Mitchell_, it is

**ORDERED,** this __21st__ day of __April__ __2015__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

Thomas M. DiGirolamo
United States Magistrate Judge